**E-FILED on**   12-21-05

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYNNEX CORPORATION., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMPU-CRAZE, INC., a New York Corporation; and DOES 1 to 50 inclusive,<br><br>　　　　　Defendants. | No. C-05-02594 RMW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY COURT<br><br>**[Re Docket No. 15]** |

　　　Plaintiff Synnex Corporation moves for entry of a default judgment against defendant Compu-Craze, Inc. For the reasons given below, the court will grant the motion.

　　　On June 24, 2005, Synnex filed a complaint in this court against Compu-Craze. Over the prior decade, Synnex had apparently been selling computer hardware to Compu-Craze, but Compu-Craze had recently defaulted on its payment obligations. Compl. ¶¶ 4-9. Synnex stated that Compu-Craze had not paid for $524,171.76 worth of merchandise, *id*. ¶ 9, and prayed for relief in this amount, as well as interest, attorneys' fees, and costs, *id*. at 5.

　　　Synnex filed with the court a certificate of service upon Compu-Craze on September 9, 2005. Compu-Craze did not answer the complaint or file any responsive pleading, and on November 9, 2005, the

court clerk entered Compu-Craze's default.  Synnex now moves for entry of a default judgment against Compu-Craze in the amount of $551,709.05.

In addition to the $524,171.76 principal amount, Synnex seeks $27,142.29 in interest[1] and $395 in costs.  Synnex has submitted adequate documentation—including invoices with the serial numbers of products shipped—for the court to accept that the parties had a commercial relationship.  The court is uncertain, though, how Synnex arrived at the figure $524,171.76.  The statement of account that Synnex included with its motion lists a "total" amount of $530,024.03, and a "total past due" amount of $520,067.18.  Mot. for Default J. by Ct., Ex. 3 at 1.  As the court cannot determine the basis for Synnex's request for $524,171.76, the court will award Synnex the slightly lower "total past due" amount of $520,067.18.  The court will also award Synnex 189 days' worth of 10 percent simple annual interest on this amount, or $26,911.07.  The court accepts Synnex's proof of court costs.

## ORDER

For the foregoing reasons, the court grants Synnex a default judgment against Compu-Craze pursuant to Fed.R.Civ.P. 55(b)(2) and awards damages to Fujitsu as follows:

| | | |
|---|---|---:|
| 1. | Unpaid amounts | $520,067.18 |
| 2. | Prejudgment interest at 10% per annum | $26,911.07 |
| 3. | Court costs | $395.00 |
| | **TOTAL** | $547,373.25 |

DATED:      12/19/05                                    /s/ Ronald M. Whyte
                                                                        RONALD M. WHYTE
                                                                        United States District Judge

---

[1] Synnex computes the interest figure as follows: First, dividing one-tenth of the principal amount by 365, which, rounded to the nearest cent, indicates Compu-Craze owes Synnex $143.61 in simple 10 percent annual interest per day.  Synnex calculates that there are 189 days between May 6, 2005, (the alleged date of Compu-Craze's default on its obligation to pay Synnex) and November 11, 2005, (the date the court clerk entered Compu-Craze's default in this action). $143.61 x 189 = $27,142.29.

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT BY COURT—No. C-05-02594 RMW
JAH                                                                      2

1 **Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Jeffrey Michael Galen                    Jeffrey.galen@jgdlegal.com
Glenn D. Davis

**Counsel for Defendant:**

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**         12-21-05                              /s/ JH
                                                **Chambers of Judge Whyte**